## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS

**United States of America**                                                                 **Plaintiff**

**v.**                               **Case No.: 4:24–mj–00220–JJV**

**Anthony Reese**                                                                            **Defendant**

---

## NOTICE OF HEARING

PLEASE take notice that a Initial Appearance has been set in this case for August 28, 2024, at 02:30 PM before Magistrate Judge Joe J. Volpe in Little Rock Courtroom # 2C in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

**DATE:** August 27, 2024                           AT THE DIRECTION OF THE COURT
                                                    TAMMY H. DOWNS, CLERK

                                                    **By:** Lorna E. Jones, Deputy Clerk

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas