AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

SEP 1 0 2024

TAMMY H. DOWNS, CLERK
By: _R. Moore_
DEP CLERK

United States of America
v.
Anthony Reese

)
)
)   Case No.   4:24mj00220 JJV
)
)
)

_Defendant_

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Anthony Reese,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ☑ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ❏ Order of the Court

This offense is briefly described as follows:

Title 21 USC 841(a)(1) & (b)(1)(A): Possession with Intent to Distribute 500 grams or more of a mixture and substance containing a detectable amount of Methamphetamine and Possession with Intent to Distribute 400 grams or more of a mixture and substance containing a detectable amount of Fentanyl

Date: 08/27/2024

_Issuing officer's signature_

City and state: Little Rock, Arkansas

Hon. Joe J. Volpe, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 8-27-24, and the person was arrested on *(date)* 8-28-24
at *(city and state)* Russellville, AR.

Date: 8-28-24

_Arresting officer's signature_

SA Kolton Lane
*Printed name and title*